**FILED**
AUG - 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 0 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HENRY EUGENE JONES,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>MEDICAL BOARD OF CALIFORNIA; et al.,<br><br>　　Defendants - Appellees. | No. 04-16665<br><br>D.C. No. CV-04-00728-GEB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The court is in receipt of the parties' Stipulation Re Dismissal of Appeal Without Prejudice to Reinstatement, filed July 18, 2006. The Stipulation to dismiss the appeal without prejudice is granted. Pursuant to the Stipulation, the appeal is dismissed without prejudice to reinstatement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the final judgment in the parties' related case of <u>Jones v. Medical Board of California</u>, et al., Sacramento County Superior Court case number 05CS00067. If no notice of reinstatement is filed and served within 28 days of the final judgment in the related case, this appeal will be deemed dismissed with prejudice.

S:\CASES\2004\04-16665\06-7-21-dis^rein.wpd

The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Stephen Liacouras* (signature)

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 0 1 2006

by: _____
    Deputy Clerk